UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tiron Beane,  Civil No. 15-567 (DWF/JJK)

          Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Walker Law Offices P.A.; William L. Walker; and Kenya C. Bodden,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated April 3, 2015. (Doc. No. 7.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.

Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Plaintiff Tiron Beane's Motion to Waive Initial Partial Filing Fee (Doc. No. [6]) is **GRANTED**.

2. Magistrate Judge Jeffrey J. Keyes's April 3, 2015 Report and Recommendation (Doc. No. [7]) is **ADOPTED**.

    3.      Plaintiff Tiron Beane's claims under § 1983 are **SUMMARILY DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii).

    4.      Plaintiff Tiron Beane's remaining state-law claims are **SUMMARILY DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 12, 2015          s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge